# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CR-20717-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE DANIEL MORALES-RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 58], which was issued on February 2, 2018. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Jose Daniel Morales-Rodriguez, be found to have freely and voluntarily entered a plea of guilty to Count One of the Indictment, which charges the Defendant with conspiracy to import a controlled substance, namely more than five kilograms of cocaine, into the United States, in violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1)(B). Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 58] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of conspiracy to import a controlled

substance, namely more than five kilograms of cocaine, into the United States, in violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1)(B). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Tuesday, May 8, 2018, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on March 2, 2018.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services